SOLLY CHURCH, PLAINTIFF-APPELLANT, v. CONSOLI-
DATED INDEMNITY AND INSURANCE COMPANY, A
BODY CORPORATE, DEFENDANT-RESPONDENT.

Submitted February term, 1935—Decided May 17, 1935.

For the appellant, *James S. Ely.*

For the respondent, *Charles M. Grossman.*

PER CURIAM.

The judgment appealed from is affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court and printed in 12 *N. J. Mis. R.* 722; 174 *Atl. Rep.* 488, with this reservation: We deem it unnecessary, on this motion to strike out defendant's answer, to finally determine plaintiff's relationship to Cooke, the assured. Whether he was an employe of Cooke, within the intendment of the

policy, may quite possibly be a question of fact when the proofs are submitted.

Judgment affirmed.

*For affirmance*—THE CHANCELLOR, LLOYD, CASE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.